# United States Court of Appeals for the Federal Circuit

E R R A T A

October 5, 2005

Appeal No. 04-1273,-1274, <u>Invitrogen Corp. v. Biocrest Mfg., L.P., Stratagene Holding Corp., & Stratagene, Inc.</u>

Precedential Opinion

Decided  October 5, 2005

Page 7, line 20, delete "Stratagene" and insert "Invitrogen"

Page 7, line 23, delete "Stratagene" and insert "Invitrogen"

Page 8, line 2,   delete "Stratagene's" and insert "Invitrogen's"

Page 8, line 5,   delete "Stratagene" and insert "Invitrogen"